

# Notice of Service of Process

**RFM / ALL**
**Transmittal Number: 28845553**
**Date Processed: 04/02/2024**

| | |
|---|---|
| **Primary Contact:** | Tracy Adair<br>AMERICAN AIRLINES, INC.<br>1 Skyview Dr<br>Md 8B503<br>Fort Worth, TX 76155-1801 |

| | |
|---|---|
| **Entity:** | American Airlines, Inc.<br>Entity ID Number 4333094 |
| **Entity Served:** | American Airlines, Inc. |
| **Title of Action:** | Dean Caras vs. American Airlines, Inc. |
| **Matter Name/ID:** | Dean Caras vs. American Airlines, Inc. (15512566) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2024L002732 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 04/02/2024 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Caras Law Group, P.C.<br>312-494-1500 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 5/14/2024 9:45 AM

FILED
3/13/2024 12:11 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L002732
Calendar, Z
26801703

FILED DATE: 3/13/2024 12:11 PM 2024L002732

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons (03/15/21) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

DEAN CARAS

_____ Plaintiff(s)

v.

AMERICAN AIRLINES, INC.

_____ Defendant(s)

Illinois Corp. Service Company, 801 Adlai Stevenson Drive, Springfield IL 62703

_____ Address of Defendant(s)

Case No. _____

Please serve as follows (check one):   ○ Certified Mail   ⦿ Sheriff Service   ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE IS A FEE TO FILE YOUR APPEARANCE.**

<u>FILING AN APPEARANCE</u>: **Your appearance date is NOT a court date.** It is the deadline for filing your appearance/answer. To file your appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE, unless you are unable to eFile your appearance/answer.** You can download an Appearance form at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp. After completing and saving your Appearance form, you can electronically file (e-File) it with the circuit clerk's office.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

Summons - Alias Summons (03/15/21) CCG 0001 B

**E-FILING:** E-filing is now mandatory with limited exemptions. To e-File, you must first create an account with an e-Filing service provider. Visit http://efile.illinoiscourts.gov/ service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-Filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

**FEE WAIVER:** If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

**COURT DATE:** Your court date will be sent to your e-File email account or the email address you provided to the clerk's office. You can also call or email the clerk's office to request your next court date. You will need to provide your case number OR, if unknown, the name of the Plaintiff or Defendant. For criminal case types, you will also need to provide the Defendant's birthdate.

**REMOTE APPEARANCE:** You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance". Call the Circuit Clerk at (312) 603-5030 or visit their website at www.cookcountyclerkofcourt.org to find out how to do this.

Contact information for each of the Clerk's Office locations is included with this summons. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

3/13/2024 12:11 PM IRIS Y. MARTINEZ

● Atty. No.: 16980
○ Pro Se 99500
Name: Dean J. Caras
Atty. for (if applicable): Plaintiff
Address: 320 W. Illinois St., Ste. 2312
City: Chicago
State: IL  Zip: 60654
Telephone: (312) 494-1500
Primary Email: dean.caras@deancaras.com

Witness date _____

_____
Iris Y. Martinez, Clerk of Court

☐ Service by Certified Mail: _____
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
       OR
       ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

### ALL SUBURBAN CASE TYPES
### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

Law Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
All other Law Division Initial Case Management Dates will be heard via Zoom
For more information and Zoom Meeting IDs go to https://www.cookcountycourt.org/HOME?Zoom-Links?Agg4906_SelectTab/12
Court Date: 5/14/2024 9:45 AM

12-Person Jury

FILED
3/13/2024 12:11 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L002732
Calendar, Z
26801703

FILED DATE: 3/13/2024 12:11 PM 2024L002732

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – LAW DIVISION

| | |
|---|---|
| DEAN CARAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| AMERICAN AIRLINES, INC., ) | |
| ) | |
| Defendant. ) | JURY TRIAL DEMANDED |

## COMPLAINT AT LAW

NOW COMES Plaintiff, DEAN CARAS, and complaining of Defendant AMERICAN AIRLINES, INC., a corporation, states as follows:

### JURISDICTION & VENUE

1. This action is filed under the laws and treaties of the United States, including but not limited to *The Convention for the Unification of Certain Rules for International Coverage by Air,* hereinafter referred to as the "Montreal Convention," 49 U.S.C. 40105 *et seq*, and all relevant laws applicable thereunder.

### PARTIES

2. At all times material hereto, Plaintiff, Dean Caras, was and is a citizen of the United States and a resident of the City of Chicago, State of Illinois.

3. At all times material hereto, Defendant, AMERICAN AIRLINES, INC. ("American"), was and is a wholly owned subsidiary of American Airlines Group, Inc. and is a corporate citizen of the State of Texas, where it maintains its principal business offices, and has substantial contacts with the State of Illinois. Defendant operates one of the world's largest airlines and regularly schedules domestic and international flights, including to and from Simpson Bay, Sint Maarten and Chicago, Illinois.

1

4. Defendant American owned, operated, possessed, maintained, and/or controlled the aircraft used for Flight AA2891, on which Plaintiff was a passenger, and additionally controlled and supervised the personnel on the aircraft used for Flight AA2891, on which Plaintiff was a passenger.

## PARTICULARS OF THE CLAIM

5. On March 20, 2023, and at all times relevant herein, Defendant AMERICAN owned, operated, managed, maintained, or otherwise possessed commercial airplanes operating in and out of Princess Juliana International Airport (SXM), Simpson Bay, Sint Maarten.

6. On March 20, 2023, and at all times relevant herein, Defendant owned, operated, managed, maintained, or otherwise possessed commercial airplanes operating out of Princess Juliana International Airport, Sint Maarten, and into O'Hare International Airport, City of Chicago, State of Illinois.

7. On the aforementioned date, and at all times relevant herein, Defendant AMERICAN was a common carrier in regard to the commercial airplanes it operated and in particular, its international flights with multiple stopovers.

8. On the aforementioned date, and at all times relevant herein, Plaintiff DEAN CARAS was a paying passenger, sitting in his assigned seat, on Defendant's commercial airplane, Flight No. AA2891 from St. Maarten to Chicago, and as such, entrusted himself to the airline as a common carrier.

9. On the aforementioned date, and at all times relevant herein, Defendant owed a duty of care of the highest care to its passengers so as to avoid injury to said passengers, and in particular, Plaintiff herein.

2

10. During the course of the flight, while Plaintiff was seated on the aircraft, but before the plane had taken off, a flight attendant struck Plaintiff in the eye while attempting to move a heavy bag belonging to another passenger that had metal carabiners attached. A strap on the bag that was covered in metal steel hit Plaintiff directly in the eye, causing Plaintiff to suffer serious and permanent injuries as a result of the forceful blow to his eye. The flight attendant

11. Pursuant to Article 17(1) of the Montreal Convention, Defendant "is liable for damage sustained in case of ... bodily injury of a passenger upon condition only that the accident which caused the ... injury took place on board the aircraft or in the course of any of the operations of embarking or disembarking."

12. Notwithstanding duty in the premises, on the aforementioned date, and at all times herein relevant, Defendant AMERICAN, then and there negligently breached its duty of highest care in the following ways:

    a. Carelessly, negligently, and improperly failed to exercise reasonable care for the safety of its passengers while preparing the aircraft for departure;

    b. Failed to properly train, supervise, and/or monitor the flight crew, including the crew of the subject aircraft, as to the potential hazards involved concerning the overhead baggage compartments;

    c. Failed to warn passengers on the above-referenced flight, including Plaintiff herein, of the dangers and/or failed to protect passengers, including Plaintiff herein, from the known risks by failing to take appropriate precautionary measures;

    d. Failed to ensure that passengers were not injured by items stored in the overhead bins;

    e. Failed to ensure that passengers were not injured due to negligent use of the aircraft and its overhead bins by the flight attendants on board;

    f. Carelessly, negligently, and improperly removed luggage from the overhead compartment,

    g. And was otherwise careless and negligent.

13. As a direct and proximate result of one or more of the foregoing careless acts and/or omissions, Plaintiff was struck in the eye by an extremely sharp metal object connected to the strap of a heavy bag with great force and violence; that he became and was and may in the future remain sick, sore, lame and disabled; that he suffered, and may in the future suffer great pain, anguish and physical impairment; that she has spent, and may in the future spend, a large sum of money for medical, hospital, and doctor care and attention; that he was unable to, and may in the future be unable to, attend to his usual duties and affairs for a long period of time to her great detriment, and has lost and will continue to lose great gains he would otherwise have made and acquired.

WHEREFORE, Plaintiff, DEAN J. CARAS, requests judgment in his favor and against Defendant, AMERICAN AIRLINES, INC., in an amount not less than the jurisdictional minimums of this Court, plus pre-judgment interest from March 20, 2023 and post-judgment interest and his costs of this action, and any further relief this Court deems necessary and appropriate.

Respectfully submitted,

*/s/ Dean J. Caras*

4

FILED DATE: 3/13/2024 12:11 PM 2024L002732

CARAS LAW GROUP, P.C.
320 W. Illinois St., Ste. 2312
Chicago, IL 60654
dean.caras@deancaras.com
(312) 494-1500